UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 1:22−cr−99

v.                                 Hon. Robert J. Jonker

VIRGIL CHANDLER KNOWLES, III,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Sentencing
Date/Time:              February 14, 2023   03:00 PM
Judge:                   Robert J. Jonker
Place/Location:       699 Federal Building, Grand Rapids, MI

                                                ROBERT J. JONKER
                                                United States District Judge

Dated:  October 14, 2022       By:   /s/ Susan Driscoll Bourque
                                                     Case Manager