## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. | VIRGIL CHANDLER KNOWLES, III | | DISTRICT JUDGE: | Robert J. Jonker |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:22-cr-99 | 2/14/23 | 3:09 - 3:50 p.m. | Grand Rapids | |

### APPEARANCES

| Government: Austin Hakes | Defendant: James Fisher | Counsel Designation: FPD Appointment |
|---|---|---|

### TYPE OF HEARING
- __ Arraignment:
  - __ mute   __ nolo contendre
  - __ not guilty   __ guilty
- __ Final Pretrial Conference
- __ Detention   (waived __)
- __ Motion Hearing
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- ✓ Sentencing
- __ Trial
- __ Other: _____

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of Indictment
- __ Other: _____

Court to Issue:
- __ Order of Detention
- __ Notice of Sentencing
- __ Order Appointing Counsel
- ✓ Other: Judgment

### CHANGE OF PLEA
Charging Document:
- __ Read   __ Reading Waived

Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

- __ Presentence Report Ordered
- __ Presentence Report Waived
- __ Plea Accepted by the Court
- __ Plea Taken under Advisement
- __ No Written Plea Agreement

### SENTENCING

| | |
|---|---|
| Imprisonment: 300 months | Plea Agreement Accepted: __ Yes __ No |
| Probation: | Defendant informed of right to appeal: ✓ Yes __ No |
| Supervised Release: 10 years | Counsel informed of obligation to file appeal: ✓ Yes __ No |
| Fine: $ waived | Conviction Information: |
| Restitution: $ | Date: 10/14/22 |
| Special Assessment: $ 5,200.00 | By: Plea |
| | As to Count (s): 1 and 2 |

**ADDITIONAL INFORMATION:**
Victim representative addresses Court.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Jean Ann Hamlin | **Case Manager:** S. Bourque |